UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 07 C 6146 |
|---|---|
| WALKER  Plaintiff,        Honorable Judge GUZMAN , | |
| v. | |
| CITY OF CHICAGO, et. al. Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

B.M Ustaszewski and J.C.Cloherty

| | |
|---|---|
| SIGNATURE         /S/ TIFFANY Y. HARRIS | |
| FIRM    City of Chicago, Corporation Counsel | |
| STREET ADDRESS    30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP    Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    6238533 | TELEPHONE NUMBER    312.744.5890 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES x    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES X    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.    RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |