UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKESHA WALKER | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6146 |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | Judge Guzman |
| | ) | |
| | ) | Magistrate Judge Cole |
| | ) | |
| | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO ENLARGE TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendants, B.M. Ustaszewski and J.C. Cloherty by their attorney, Tiffany Y. Harris, Assistant Corporation Counsel of the City of Chicago, respectfully requests this Honorable Court to enlarge the time in which Defendant, may answer or otherwise plead to Plaintiff's Complaint, stating as follows:

(1) Officer Ustaszewski and Cloherty were served according to the Court's Computer on November 5, 2007.

(2) The answers of Officers Ustaszewski and Cloherty were due on November 26, 2007 based on service of November 5, 2007.

(3) However, Counsel for Officers Ustazewski and Cloherty was not able to actually meet with Officers Ustazewski and Cloherty until November 21, 2007, the day prior to Thanksgiving.

(4)     Counsel is in the process of preparing an answer to the Plaintiff's Complaint based on her interview of Officers Ustazewski and Officer Cloherty; however will require until December 14, 2007 because she is still awaiting documents and records to fully answer Plaintiff's Complaint.

(5)     Furthermore, because the undersigned has not as yet received all the Chicago Police Department records relating to the alleged incident which is the subject of this lawsuit which she will also require in order to fully answer the Plaintiff's Complaint.

(6)     This motion is not being brought for the purposes of delay.

(7)     The plaintiff will not be prejudiced by a short continuance of defendant's time to answer the complaint.

**WHEREFORE**, Defendants Officers Ustaszewski and Cloherty respectfully request that this Court grant their motion to enlarge time up to and including December 14, 2007 to answer or otherwise plead to the complaint.

Respectfully submitted,

/s/ Tiffany Y. Harris_____

TIFFANY HARRIS

Assistant Corporation Counsel

30 N. LaSalle Street

Suite 1400

Chicago, Illinois 60602

(312) 744-5890

(312) 744-6566 (Fax)

Atty. No. 06238533

———————