**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| **LAKESHA WALKER,** | ) | **NO. 07 C 6146** |
| | ) | |
| **Plaintiff,** | ) | **Judge Guzman** |
| v. | ) | **Magistrate Judge Cole** |
| | ) | |
| **CITY OF CHICAGO, et.al.,** | ) | |
| | ) | |
| **Defendants.** | | |

**NOTICE OF MOTION**

To:    Jeffrey B. Granich
       Law Offices of Jeffrey B. Granich
       53 West Jackson Boulevard,
       Suite 840

       Chicago, IL 60604


       **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS USTASZEWSKI AND CLOHERTY'S MOTION TO ENLARGE TIME TO ANSWER.**

       PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Guzman on or before such other Judge sitting in his place or stead, on Tuesday December 4, 2007 **at 9:30** or as soon thereafter as counsel may be heard, in **Courtroom 1219** United States District Court, 219 S. Dearborn Street, Chicago, Illinois,  and then and there present the attached Motion.

       **DATED** at Chicago, Illinois November 29, 2007.


                              Respectfully submitted,


                              _/s/ Tiffany Y. Harris_____
                          TIFFANY Y. HARRIS Assistant Corporation
                          Counsel 30 N. LA SALLE ST., SUITE 1400
                       CHICAGO, ILLINOIS  60602 (312) 744-5890
                              ATTORNEY NO. 6238533

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Thursday, November 29, 2007,  I electronically filed **Notice of Motion - Defendant Officers Ustaszewski and Clohertys'  Motion To Enlarge Time** with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the pro se plaintiff of record in this case.

_/s/Tiffany Y. Harris_
TIFFANY Y. HARRIS

30 No. LaSalle Street
Suite 1400 Chicago,
IL 60602 (312)
744-5890
Atty. No. 6238533
Tiffany.Harris@cityofchicago.org