# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**Lakesha Walker v. City of Chicago, et., al.**                    Case Number:    07 C 6146

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY**

**City of Chicago**

| | |
|---|---|
| **NAME (Type or print)** <br> **Robert Rutherford** | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)** <br> s/Robert Rutherford | |
| **FIRM** City of Chicago, Corporation Counsel | |
| **STREET ADDRESS** 30 N. LaSalle St., Suite 1020 | |
| **CITY/STATE/ZIP** Chicago, IL 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 06288564 | **TELEPHONE NUMBER** <br> 312-742-7036 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ■ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |