IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKESHA WALKER, ) | |
| ) | |
| Plaintiff, ) | No. 07 C 6146 |
| v. ) | |
| ) | Judge Guzman |
| CITY OF CHICAGO, ILLINOIS ) | |
| and CHICAGO POLICE OFFICER ) | Magistrate Judge Cole |
| B.M. USTASZEWSKI, Star No. ) | |
| 9613, and CHICAGO POLICE ) | |
| OFFICER J.C. CLOHERTY, ) | JURY DEMANDED |
| Star No. 7468, ) | |
| Defendants. ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR AN EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, City of Chicago (the "City"), by and through its attorney Mara S. Georges, Corporation Counsel of the City, pursuant to Federal Rule of Civil Procedure 6(b), and in agreement with plaintiff's counsel, moves this Court for an extension of time until Wednesday, February 13 , 2008, to answer or otherwise plead to plaintiff's Complaint. In support of this motion, the City states as follows:

1.	On October 31, 2007, plaintiff filed her Complaint in the instant case against the City. The City executed service on November 5, 2007. On December 3, 2007, the Court granted defendants B.M. Ustaszewski and J.C. Cloherty's motion for extension of time until December 14, 2007.

2.	This case was recently assigned to the undersigned attorney.

3.	This is the City's first request for an extension of time. This request for an extension of time is not brought for purposes of delay, but rather to ensure that an accurate response is filed on behalf of the City.

4. In order to ensure an accurate response to plaintiff's Complaint, further investigation will be required.

5. The City, hereby requests a 30-day extension of time to answer or otherwise plead to Wednesday, February 13, 2008.

6. Plaintiff's counsel has agreed to the extension of time requested herein and will not be prejudiced if the requested extension of time is granted.

**WHEREFORE**, the City requests that the Court enter an order granting the City a 30-day extension of time to Wednesday, February 13, 2008, to answer or otherwise plead to plaintiff's Complaint.

**DATED** at Chicago, Illinois on this 14th day of January, 2008.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the
City of Chicago


By:   **s/ *Robert C. Rutherford, Jr.***
ROBERT C. RUTHERFORD, Jr.
DIANE COHEN
Assistants Corporation Counsel

Employment and Policy Litigation Division
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-7036 / (312) 744-2836

## CERTIFICATE OF SERVICE

      I certify that, on January 14, 2008, I caused a true and correct copy of **Defendant City of Chicago's Agreed Motion for an Extension of Time to Answer or Otherwise Plead** to be served on plaintiff and the other assigned attorney by electronic filing.

Jeffery Brooks Granich
53 West Jackson Boulevard, Suite 840
Chicago, Illinois 60604
(312) 939-9009

Tiffany Yvette Harris
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-5890

                                                  **s/ *Robert C. Rutherford, Jr.***
                                                  ROBERT C. RUTHERFORD, Jr.
                                                  Assistant Corporation Counsel

Employment and Policy Litigation Division
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-7036