IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKESHA WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6146 |
| v. | ) | |
| | ) | Judge Guzman |
| CITY OF CHICAGO, ILLINOIS | ) | |
| and CHICAGO POLICE OFFICER | ) | Magistrate Judge Cole |
| B.M. USTASZEWSKI, Star No. | ) | |
| 9613, and CHICAGO POLICE | ) | |
| OFFICER J.C. CLOHERTY, | ) | JURY DEMANDED |
| Star No. 7468, | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Jeffery Brooks Granich                       Tiffany Yvette Harris
     53 West Jackson Boulevard, Suite 840         30 North LaSalle Street, Suite 1400
     Chicago, Illinois 60604                      Chicago, Illinois 60602
     (312) 939-9009                               (312) 744-5890

**PLEASE TAKE NOTICE** that I have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Agreed Motion for an Extension of Time to Answer or Otherwise Plead**, a copy of which are hereby served upon you.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Ronald A. Guzman, or before such other Judge sitting in his stead, in courtroom 1219, located at 219 S. Dearborn Street, on the **22nd day of January, 2008, at 9:30 a.m.** or as soon thereafter as counsel may be heard and then and there present the attached motion.

**DATED** at Chicago, Illinois on this 14th day of January, 2008.

                                        Respectfully submitted,
                                        MARA S. GEORGES
                                        Corporation Counsel of the
                                        City of Chicago

Employment and Policy Litigation Division
30 North LaSalle Street, Suite 1020     By:    **s/ *Robert C. Rutherford, Jr.***
Chicago, Illinois 60602                         ROBERT C. RUTHERFORD, Jr.
(312) 742-7036                                  Assistant Corporation Counsel