UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Lakesha Walker
                          Plaintiff,

v.                                                        Case No.: 1:07–cv–06146
                                                         Honorable Ronald A. Guzman

City of Chicago, Illinois, et al.
                          Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: settlement conference.(cjg, )Mailed notice.


Dated: March 18, 2008

                                                                            /s/ Ronald A. Guzman
                                                                          United States District Judge