UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Lakesha Walker
                                     Plaintiff,

v.                                                   Case No.: 1:07–cv–06146
                                                         Honorable Ronald A. Guzman

City of Chicago, Illinois, et al.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

      MINUTE entry before Judge Honorable Jeffrey Cole:Magistrate Judge Status hearing held on 3/25/2008. Settlement Conference is set for 4/7/2008 at 04:00 PM. Parties need not comply with Judge Cole's "Settlement Conference Procedures", found on "www.ilnd.uscourts.gov." Advised in open court. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.