**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Lakesha Walker
                               Plaintiff,

v.                                                           Case No.: 1:07–cv–06146
                                                                 Honorable Ronald A. Guzman

City of Chicago, Illinois, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

       MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on 4/23/2008. Status hearing set for **5/9/2008 at 09:00 AM. **NOTE NEXT STATUS DATE IS DIFFERENT THAN DATE SET IN OPEN COURT.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.