# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Lakesha Walker
                                         Plaintiff,

v.                                                                       Case No.: 1:07–cv–06146
                                                                      Honorable Ronald A. Guzman

City of Chicago, Illinois, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to parties' stipulation to dismiss, this action is hereby dismissed with prejudice and with each party bearing its own attorneys' fees and costs in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal. Any pending motions or schedules in this case are stricken as moot.Civil Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.