IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 19 2008

RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| LAKESHA WALKER, | ) |
| Plaintiff, | ) |
| vs. | ) No. 07 C 6146 |
| CITY OF CHICAGO, ILLINOIS and CHICAGO POLICE OFFICER B. M. USTASZEWSKI, Star No. 9613, and CHICAGO POLICE J. C. CLOHERTY, Star No. 7468, | ) Judge Guzman<br>) Magistrate Judge Cole |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Jeffrey B. Granich
Attorney for plaintiff,
Lakesha Walker
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604
(312) 939-9009
Attorney No. 6207630
DATE: 6/16/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Tiffany Harris
Assistant Corporation Counsel
Attorney for defendants,
Brian Ustaszewski and Jason Cloherty
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-5890
Attorney No. 06238533
DATE: 6-19-08

07 C 6146