# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6146 | DATE | 6/20/2008 |
| CASE TITLE | LAKESHA WALKER vs. CITY OF CHICAGO, et al | | |

**DOCKET ENTRY TEXT**

Enter agreed order of dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|