## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Lakesha Walker, by one of her attorneys, Jeffrey B. Granich, and defendants, Brian Ustaszewski and Jason Cloherty, by one of their attorneys, Tiffany Harris, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Lakesha Walker, against defendants, City of Chicago, Brian Ustaszewski and Jason Cloherty, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
The Honorable Ronald A. Guzman
United States District Judge

DATED: 6/20/08

Tiffany Harris
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-5890
Attorney No. 06238533